UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Scott & Kristina Gebhard

Case No.: 17-24523/JNP
Chapter: 7
Judge: JNP

**NOTICE OF PROPOSED ABANDONMENT**

___JOSEPH D. MARCHAND___, ___TRUSTEE___ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk of the United States Bankruptcy Court
U.S. Post Office & Court House
PO Box 2067, 401 Market Street
Camden, NJ 08101-2067

If an objection is filed, a hearing will be held before the Honorable ___Jerrold N. Poslusny, Jr.___ on ___October 17, 2017___ at ___10:00___ a.m. at the United States Bankruptcy Court, Courtroom no. ___4C___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
Real Property:
449 Clark Court
Franklinville, NJ
FMV - $240,273.00

Liens on property:    Wells Fargo - $389,267.00

Amount of equity claimed as exempt: $0.00

Objections must be served on, and requests for additional information directed to:

Name:     /s/ Joseph D. Marchand, Chapter 7 Trustee
Address:  117-119 West Broad Street, P.O. Box 298, Bridgeton, NJ 08302
Telephone No.: (856) 451-7600

rev.8/1/15

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-24523-JNP
Scott J. Gebhard                                                        Chapter 7
Kristina M. Gebhard
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Sep 18, 2017
                              Form ID: pdf905          Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2017.
db/jdb         +Scott J. Gebhard,    Kristina M. Gebhard,   449 Clark Court,   Franklinville, NJ 08322-2142
516978348      +Account Resolution Specialists,    1643 Harrison Parkway, Suite 100,   Sunrise, Fl 33323-2857
516978349       Affiliated Acceptance Corp,   PO Box 79001,    Sunrise Beach , MO6570
516978350      +Allied Propane,   138 Keystone Rd.,    Aston, Pa 19014-3425
516978361      ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,   NEWARK DE 19714-8099
                (address filed with court: MABT/Contfin,    PO Box 8099,   Newark, De 19714)
516978352       Comenity Capital/HSN,   PO Box 18120,    Columbus, Oh 43218
516978353      +Credit Acceptance,   PO Box 5070,    Southfield, Mi 48086-5070
516978355       Diversified Consultants,   PO Box 55128,    Jacksonville, Fl 33225
516978356      +Financial Resources,   200 E Park Drive, Suite 100,    Mount Laurel, NJ 08054-1297
516978357      +First Premier Bank,   3820 N. Louise Avenue,    Souix Falls, SD 57107-0145
516978358      +Gloucester County Special Civil Part,    1 North Broad Street,   Woodbury, NJ 08096-4602
516978359      +I C Systems,   PO Box 64378,   Saint Paul, Mn 55164-0378
516978360      +Law Offices Of Jan Meyers And Associates,    1029 Teaneck Rd,   Teaneck, NJ 07666-4514
516978363      +NJ Surcharge Admin Office,   PO Box 136,    Trenton, NJ 08601-0136
516978366      +Stellar Recovery,   PO Box 48370,    Jacksonville, Fl 32247-8370
516978016       U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER,    KML Law Group PC,   Sentry Office Plaza,
                216 Haddon Avenue, Suite 206,   Westmont, NJ 08108
516978367      +WFFNB/Furniture Barn,   PO Box 14517,    Des Moines, Ia 50306-3517
516949047      +Wells Fargo Home Loans In C/o KML,    216 Haddon Avenue, # 406,   Westmont, NJ 08108-2812

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 19 2017 00:19:14     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 19 2017 00:19:11     United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516978351      +E-mail/Text: bankruptcy@pepcoholdings.com Sep 19 2017 00:18:56     Atlantic City Electric,
                5 Collins Drive, Suite 2133,   Penns Grove, NJ 08069-3600
516978354      +E-mail/PDF: creditonebknotifications@resurgent.com Sep 19 2017 00:27:04     Credit One Bank,
                PO Box 98873,   Las Vegas, Nv 89193-8873
516978362      +E-mail/Text: bkr@cardworks.com Sep 19 2017 00:18:32     Merrick Bank,   PO Box 1500,
                Draper, Ut 84020-1500
516978364       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 19 2017 00:27:13
                Portfolio Recovery,   120 Corporate Blvd Suite 1,   Norfolk, Vl 23502
516978365      +E-mail/Text: bankruptcy@sw-credit.com Sep 19 2017 00:19:15     SW Credit System,
                4120 International Parkway, Suite 1100,   Carrollton, Tx 75007-1958
516950764      +E-mail/PDF: gecsedi@recoverycorp.com Sep 19 2017 00:21:31     Synchrony Bank,
                c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
516978368      +E-mail/Text: bnc-bluestem@quantum3group.com Sep 19 2017 00:19:48     Webbbank/Fingerhut,
                6250 Ridgewod Rd,   Saint Cloud, Mn 56303-0820
                                                                                             TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516978369*     +Wells Fargo Home Loans In C/o KML,   216 Haddon Avenue, # 406,   Westmont, NJ 08108-2812
                                                                                             TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Sep 18, 2017
                              Form ID: pdf905          Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2017 at the address(es) listed below:
              Andrew M. Carroll    on behalf of Debtor Scott J. Gebhard AndrewCarrollEsq@gmail.com
              Andrew M. Carroll    on behalf of Joint Debtor Kristina M. Gebhard AndrewCarrollEsq@gmail.com
              Denise E. Carlon    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
               PARTICIPATION TRUST dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Joseph    Marchand     jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```